Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd., Suite 205
Paramount, CA 90723
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
LUIS ENRIQUE PEREZ BORJAS

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| LUIS ENRIQUE PEREZ BORJAS, | Case No.: 2:19-cv-5104 |
| Plaintiff. | **NOTICE OF SETTLEMENT** |
| v. | |
| CHASE BANK U.S.A., N.A. | |
| Defendant. | |

NOW COMES Plaintiff, LUIS ENRIQUE PEREZ BORJAS, through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

Date: July 29, 2019                    RESPECTFULLY SUBMITTED,

                                        By:/s/ Matthew A. Rosenthal
                                              Matthew A. Rosenthal
                                              Attorney for Plaintiff,
                                              LUIS ENRIQUE PEREZ BORJAS

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2019, I filed the forgoing document with the Clerk of the Court using the CM/ECF System, which provided notice of the foregoing on Defendant's counsel of record.

                                        By:/s/ Matthew A. Rosenthal
                                              Matthew A. Rosenthal