1

Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com

2

Westgate Law
16444 Paramount Blvd., Suite 205

3

Paramount, CA 90723
Tel: (818) 200-1497

4

Fax: (818) 574-6022
Attorneys for Plaintiff,

5

LUIS ENRIQUE PEREZ BORJAS

6

**IN THE UNITED STATES DISTRICT COURT**

7

**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

8

9

LUIS ENRIQUE PEREZ BORJAS,  ) **Case No.: 2:19-cv-5104**

10

)
) **VOLUNTARY DISMISSAL OF A**

11

Plaintiff.   ) **CASE PURSUANT TO FED. R.**
) **CIV. P. 41(a)(1)(A)(i)**

12

v.   )
)

13

)
CHASE BANK U.S.A., N.A.   )

14

)
)

15

Defendant.   )
)

16

17

**PLEASE TAKE NOTICE** that Plaintiff, LUIS ENRIQUE PEREZ BORJAS,

18

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that he voluntarily dismisses

19

all claims in this action as to himself in his individual capacity *with prejudice*.

20

Defendant Chase Bank U.S.A., N.A. has neither answered Plaintiff's Complaint, nor

21

filed a motion for summary judgment.  Accordingly, this matter may be dismissed

22

with prejudice without an Order of the Court.

23

24

25

Date: August 13, 2019                    RESPECTFULLY SUBMITTED,

                                         By:/s/ Matthew A. Rosenthal
                                            Matthew A. Rosenthal
                                            Attorney for Plaintiff,
                                            LUIS ENRIQUE PEREZ BORJAS

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2019, I filed the forgoing document with

the Clerk of the Court using the CM/ECF System, which provided notice of the

foregoing on Defendant's counsel of record.


                                         By:/s/ Matthew A. Rosenthal
                                            Matthew A. Rosenthal